JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF NAOS YACHTS, INC., *et al.* | **Case No.: 2:21-cv-04464-DSF-GJS**<br><br>**ORDER DISMISSING CLAIMS WITH PREJUDICE (FED. R. CIV. P. 41(A)(1)(A))** |

1

[PROPOSED] ORDER DISMISSING CLAIMS WITH PREJUDICE

Pursuant to the stipulation of Laura Bachrach, Ramin Kermani-Nejad, Cansu Pinar Ozhabes, Jonny Ahdoot, and Jung Choi Andy (together, the "Claimants") and Naos Yachts, Inc., Camille Rizko, as trustee for the C Rizko Exempt Children's Trust, Safar Ghazal, as Trustee for the Safar Ghazal Family Trust, Anne-Cécile Devanneaux, individually and as trustee for the Devanneaux Trust DTD 6/7/2013, and Charles Devanneaux, individually and as trustee for the Devanneaux Trust DTD 6/7/2013 (together, the "Plaintiffs-in-Limitation"), the Court hereby dismisses with prejudice each and all of the claims brought by each and all of the Claimants against each and all of the Plaintiffs-in-Limitation, with each party to bear its own fees and costs.

IT IS SO ORDERED.

DATED:  November 18, 2022

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE