JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of Complaint of NAOS YACHTS, INC., et al. | 2:21-cv-4464-DSF-GJSx<br><br>JUDGMENT |

The Court having granted a default judgment motion with respect to all potential claimants who have not appeared in this action,

IT IS ORDERED AND ADJUDGED that all potential claimants (other than Ramin Kermani-Nejad, Cansu Pinar Ozhabes, Laura Bachrach, Jonathan Daniel Ahdoot and Andy Choi, the claims of each of which has been dismissed with prejudice) are barred and permanently restrained from filing and/or prosecuting in any court all claims against Plaintiffs-in-Limitation which might properly have been filed in this limitation proceeding

Date: January 28, 2025

Dale S. Fischer
United States District Judge